IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ROGACIANO HERRERA, | ) | |
|---|---|---|
| ID # 32818-177, | ) | |
| Movant, | ) | No. 3:08-CV-0043-N |
| vs. | ) | No. 3:05-CR-0024-N (01) |
| | ) | ECF |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### RECOMMENDATION REGARDING CERTIFICATE OF APPEALABILITY

A Notice of Appeal has been filed in the above captioned action in which:

(**X**)   the District Court has entered a final order in a proceeding brought pursuant to 28 U.S.C. § 2255.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

### IFP STATUS:

(**X**)   the party appealing should be GRANTED *in forma pauperis* status on appeal.

### COA:

(  )   a Certificate of Appealability should be GRANTED. (See issues set forth below).
(**X**)   a Certificate of Appealability should be DENIED. (See reasons stated below).

**REASONS FOR DENIAL:** For the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **May 7, 2008**, which the District Court accepted on **August 5, 2008**, the motion to vacate is barred by the statute of limitations. *See* 28 U.S.C. § 2255(f). Movant has failed to show that reasonable jurists would find it debatable whether the Court was correct in dismissing his case as time barred. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

DATED this 2nd of October, 2008.

*/s/ Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE